IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED MARTIN, | No. C 12-03771 YGR (PR) |
| Plaintiff, | **ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO PROVIDE REQUIRED INFORMATION NECESSARY TO LOCATE DEFENDANTS WILL/WILLIAM/WILLIAMS AND GEE** |
| vs. | |
| ANTHONY HEDGPETH, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, filed the present *pro se* prisoner complaint under 42 U.S.C. § 1983. Thereafter, the Court issued its Order of Service.

Service has been ineffective on Defendants Correctional Officer R. Morring,[1] as well as Nurses Walker, Will/William/Williams,[2] Gee, and Laduke at Salinas Valley State Prison (SVSP). In an Order dated January 30, 2013, Plaintiff was directed to provide the Court with the required information necessary to locate each of these Defendants. He was also informed that the failure to do so shall result in the dismissal of all claims against these Defendants.

Plaintiff has provided the requested information as to Defendants Morring, Walker, and Laduke. Therefore, the Clerk of the Court shall re-serve those Defendants. However, Plaintiff indicates that he is unable to provide the Court with the required information necessary to locate Defendants Will/William/William and Gee. The Court construes Plaintiff's request as a motion for an extension of time to provide the Court with the necessary information as to these Defendants. Having read and considered Plaintiff's request, and good cause appearing,

---

[1] In his response, Plaintiff corrected the spelling of Officer Morring's name to "Morring" instead of "Mooring," which was the way it was spelled in his complaint. (Pl.'s Response at 1; Compl. at 1.) Therefore, the Court will refer to him as Officer Morring.

[2] In his response, Plaintiff refers to Nurse Will as Nurse "William" or Nurse "Williams." (Pl.'s Response at 1.) Plaintiff referred to this Defendant as Nurse "Will" in his complaint. (Compl. at 8.) At this time, Plaintiff has failed to provide the correct spelling of this Defendant's last name; therefore, the Court will refer to this Defendant as "Will/William/Williams." The Court will also direct Plaintiff to provide the correct last name of this Defendant.

IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED. The time in which Plaintiff may provide the Court with the required information necessary to locate Defendants Will/William/William and Gee will be extended up to and including **twenty-eight (28) days** from the date of this Order. Plaintiff shall also indicate which is the correct last name of Defendant Will/William/William. Failure to do so by the new deadline shall result in the dismissal of all claims against Defendants Will/William/William and Gee.

This Order terminates Docket no. 19.

IT IS SO ORDERED.

DATED: March 28, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**