UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED MARTIN,<br><br>        Plaintiff,<br><br>   v.<br><br>BOWMAN, et al.,<br><br>        Defendants. | Case No.  12-cv-03771-YGR   (NJV)<br><br>**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on February 25, 2015, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff, Alfred Martin, Pro Se

    (  ) Warden or warden's representative

    ( X ) Office of the California Attorney General, Jennifer Nygaard

    ( X ) Other: California Department of Corrections and Rehabilitation, Peter Thyberg and Mark Mustybrook

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( X ) The case has been completely settled.  A status conference is set for April 8, 2015 at 1:00 p.m.

    (  ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet

1   attached remain for this Court to resolve.

2   ( ) The parties are unable to reach an agreement at this time.

3   **IT IS SO ORDERED.**

4   Dated: 3/11/15

6   NANDOR J. VADAS
    United States Magistrate Judge

United States District Court<br>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED MARTIN,<br>　　　　　Plaintiff,<br>　　v.<br>BOWMAN, et al.,<br>　　　　　Defendants. | Case No.  12-cv-03771-YGR   (NJV)<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on 3/11/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alfred  Martin
3000 Howe Ave., #48
Sacramento, CA 95821


Dated: 3/11/2015

　　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　　　　B *[signature]*
　　　　　　　　　　　　　   G
　　　　　　　　　　　　　　　　　　　　　　　Honorable NANDOR J. VADAS