UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED MARTIN,<br>           Plaintiff,<br>   v.<br>ANTHONY HEDGPETH, et al.,<br>           Defendants. | Case No. 12-cv-03771-YGR (PR)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

This case was referred to Magistrate Judge Nandor Vadas for court-ordered settlement proceedings. On February 25, 2015, the parties appeared before Magistrate Judge Vadas for a settlement conference. In his "Civil Minute Order" dated February 25, 2015, Magistrate Judge Vadas informed the Court as follows: "Case settled in full." Dkt. 72 at 1.

On February 27, 2015, the Court received a copy of the "Stipulated Voluntary Dismissal of Defendant Morring With Prejudice Under FRCP 41(a)(1)(A)(ii)" signed by both parties. The signed stipulation states as follows: "Plaintiff Alfred Martin and Defendant Ray Morring stipulate under Federal Rule of Civil Procedure 41(a)(l)(A)(ii) that the above entitled action shall be voluntarily dismissed with prejudice. Each party shall bear its own costs and attorney's fees." Dkt. 73 at 1.

Accordingly, having been notified of the settlement and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein against Defendant Morring are DISMISSED WITH PREJUDICE. The Clerk of the Court shall enter judgment, terminate any pending motions, and close the file.

IT IS SO ORDERED.

Dated: March 17, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge